

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

September 30, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Dawson v. The Coca- Cola Company;* 1:20-cv-06739-LGS

Dear Judge Schofield:

We represent plaintiff Leshawn Dawson ("Plaintiff") in the above-referenced matter and write to respectfully request that the Court adjourn the initial conference currently scheduled for Wednesday, October 8, 2020, as that day is in the middle of the Holiday of Sukkot.

Defendant has consented to Plaintiff's adjournment request and this is the parties' first request for an adjournment. The parties respectfully request that the Court reschedule the conference to a date after October 16, 2020 as that is the end of the upcoming holidays for the Jewish New Year.

Thank you for your time and consideration of the above request.

Respectfully submitted,
*/s/ Joseph H. Mizrahi*
JOSEPH H. MIZRAHI

cc:   All Counsel of Record (via ECF)

The Application is GRANTED.  The conference scheduled for October 8, 2020, is **adjourned** to **October 22, 2020, at 10:30 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  By **October 19, 2020**, the parties shall submit their pre-conference letter and proposed case management plan per the Individual Rules .

SO ORDERED

Dated:  October 1, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE